DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(K) SAVINGS PLAN AND GEORGE W. REILLY, AS BUSINESS MANAGER OF LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA,<br><br>PLAINTIFFS,<br><br>-AGAINST-<br><br>BRENNAN BROTHERS CO., INC.,<br><br>DEFENDANT. | 07-cv-5152 (DLI)(JMA)<br><br>PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i)<br><br>FILED<br>CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y<br>JUN 2 4 2008<br>P.M. |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action be and hereby is dismissed without prejudice in its entirety.

Dated: New York, New York
       June 19, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Kellie Terese Walker, Esq.
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

SO ORDERED:

S/DLI
_____
U.S.D.J.

Dated: Brooklyn, NY
       June 20, 2008